**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DOUGLAS ROBY, JOHN D'ARCY and
PATRICIA D'ARCY,

        Plaintiffs,

vs.                              Case No. 2:06-cv-81-FtM-34SPC

STOCK DEVELOPMENT, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 54; Stipulation) filed on April 6, 2007. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own fees and costs.

    3.    The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Chambers on April 9, 2007.

*(signature)*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record